**City of North Chicago, a Municipal Corporation of Lake County and the State of Illinois, Plaintiff-Appellee, v. Amelia J. Connell, et al., Defendants, Joseph J. Drobnick, et al., Defendants-Appellants.**

Gen. No. 69–222. (Abstract of Decision.)

Second District.

July 9, 1970.

Rehearing denied August 7, 1970.

J. Drobnick, of Waukegan, for appellants; Warren W. Browning, of Waukegan, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.